**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
DION DELGADO,

                Plaintiff,

    - against -

NASSAU COUNTY, MICHAEL
SPOSATO, ARMOR CORRECTIONAL
HEALTH, INC.,

                Defendant.
-----------------------------------------------------X

**FILED**
**CLERK**

8/30/2013 11:00 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV-12-0469 (JFB)(ARL)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on August 28, 2013, dismissing this case with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that this case is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that this case is hereby closed.

Dated: Central Islip, New York
       August 30, 2013

                          DOUGLAS C. PALMER
                          CLERK OF THE COURT

           BY:   /S/ CATHERINE VUKOVICH
                   DEPUTY CLERK